UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-M-1199-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | ORDER MODIFYING AND |
| vs. | ) | |
| | ) | CONTINUING SUPERVISION |
| Alexis Renee Smith | ) | |

On this the 30th day of November, 2010, comes C. Lee Meeks, Jr., U.S. Probation Officer, in open court at Wilmington, North Carolina, who shows the court that Alexis Renee Smith appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on October 14, 2009, and pursuant to an earlier plea of guilty to False Report to Law Enforcement Officer, in violation of 18 U.S.C. § 13, N.C.G.S. 14-225, was sentenced to a 12 month term of probation.

From evidence presented, the court finds as a fact that Alexis Renee Smith, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to pay a monetary obligation.
2. Failure to submit truthful and complete written reports within the first five days of each month.
3. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued and extended for 12 months from the expiration date of October 13, 2010, until October 13, 2011, and the following additional condition of supervision included:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due within 30 days ($185.00).

**IT IS FURTHER ORDERED** that the 2-day jail sanction ordered on January 21, 2010, is hereby stricken.

This the 30th day of November, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge