UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-MJ-1199-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Alexis Renee Smith** | ) | |

On October 14, 2009, Alexis Renee Smith appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to False Report to Law Enforcement Officer, in violation of 18 U.S.C. § 13 and N.C.G.S. 14-255, was sentenced to a 12-month term of probation. On November 30, 2010, the term of probation was extended for 12 months.

From evidence presented at the revocation hearing on December 19, 2011, the court finds as a fact that Alexis Renee Smith, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to follow the instructions of the probation officer.
2. Failure to pay a monetary obligation.
3. Failure to submit truthful and complete written reports within the first five days of each month.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 19th day of December, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge